CHAMBERS OF
T.S. ELLIS, III
UNITED STATES DISTRICT JUDGE

Albert V. Bryan U.S. Courthouse
401 Courthouse Square

Telephone (703) 299-2114

August 11, 2006

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith,

Thank you for your July 14, 2006 letter regarding my financial disclosure report for calendar year 2005. Attached please find an amended report containing clarifications.

You had requested clarification of Part VII, Page 1, lines 24-26 of my 2004 report, indicating that these assets were not listed in my 2005 report. Lines 24-26 of the 2004 report actually correspond to lines 21-23 of that report; the funds listed are identical and the information should have been presented on one line for each fund and should be read as such (read line 21 with line 24; line 22 with line 25; line 23 with line 26). These assets are listed in my original 2005 report at lines 28-30 and at lines 29-31 of the attached amended report.

If you have any additional questions, please do not hesitate to call me.

Sincerely,



T. S. Ellis, III

Enclosure

TSE/ehp

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ellis, III, Thomas S | U.S. District Court, E.D. Va. | 08/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☒ Amended Report | 01/01/2005 <br> to <br> 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 Courthouse Square <br> 9th Floor <br> Alexandria, VA 22314-5799 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Dean's Intellectual Property Law Advisory Board, George Washington University |
| 2. Member | Judicial Conference Advisory Committee on Appellate Rules |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 AUG 15 A 11: 05
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Consumer Electronics Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Intellectual Property Law Association | National Academies Intellectual Property Program (Speaker) - Washington, D.C. - June 2005 - travel |
| 2. | ALI-ABA | Employment Law Program (Speaker) - Santa Fe, NM - July 2005 - food/lodging/travel |
| 3. | ABA | ABA Annual Meeting "Is Anything Secret Anymore?" (Speaker) - Chicago, IL - August 2005 - food/travel |
| 4. | Georgetown University Law Center CLE | Employment Law Program "Views from the Bench" (Speaker) - Washington, D.C. - November 2005 - travel |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 08/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sensor | | None | J | T | | | | | |
| 2. Burke & Herbert Bank & Trust Co. | | None | J | T | | | | | |
| 3. Burke & Herbert Bank & Trust Co. (IRA #1) | A | Interest | J | T | | | | | |
| 4. IRA #2: | | | | | | | | | |
| 5. - American High Income Tr A | B | Dividend | | | sell | 3/30 | M | D | |
| 6. - Capital World Growth & Income Fd A | A | Dividend | | | sell | 3/30 | M | E | |
| 7. - Fundamental Investors Fd A | A | Dividend | | | sell | 3/30 | M | D | |
| 8. - Growth Fund of America A | | None | | | sell | 3/30 | M | E | |
| 9. - Income Fund of America A | A | Dividend | | | sell | 3/30 | M | D | |
| 10. - New Economy Fund A | | None | | | sell | 3/30 | L | E | |
| 11. - Washington Mutual Investors Fd A | A | Dividend | | | sell | 3/30 | L | D | |
| 12. - Torray Institutional Fd (X) | A | Dividend | | | sell | 11/3 | L | B | |
| 13. - Calamos Growth Fd A | B | Dividend | K | T | buy | 4/5 | K | | |
| 14. - Causeway Intl Value Fund Ins Shs | D | Dividend | M | T | buy | 4/5 | L | | |
| 15. - Century Small Cap Select Fd Instl | A | Dividend | K | T | buy | 4/5 | K | | |
| 16. - Cambiar Opportunity Fd | A | Dividend | L | T | buy | 11/4 | L | | |
| 17. - FMI Fds Focus Fd | C | Dividend | K | T | buy | 4/5 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Goldman Sachs Tr Finl Sq Mmkt I | A | Dividend | J | T | buy | 4/5 | J | | |
| 19. - Hotchkis & Wiley Mid Cap Value I | C | Dividend | K | T | buy | 4/5 | K | | |
| 20. - Julius Baer Intl Equity I | | None | M | T | buy | 4/5 | L | | |
| 21. - Kinetics Sm Cap Opportunities I | | None | K | T | buy | 4/5 | K | | |
| 22. - Legg Mason Value Trust | | None | L | T | buy | 4/5 | L | | |
| 23. - Royce Total Return Fd CLW | B | Dividend | K | T | buy | 4/5 | K | | |
| 24. - TCW Galileo Fds Select Eq I | | None | M | T | buy | 4/5 | L | | |
| 25. - TCW Galileo Fds Value Opp I | | None | K | T | buy | 4/5 | K | | |
| 26. - Vanguard Windsor Fd II | C | Dividend | L | T | buy | 4/5 | L | | |
| 27. Evergreen U.S. Money Market Fund | A | Interest | | | sell | 4/6 | J | A | |
| 28. 401(K): | | | | | | | | | |
| 29. - Spartan U.S. Eq Index | A | Dividend | K | T | | | | | |
| 30. - Fidelity Freedom 2020 | B | Dividend | L | T | | | | | |
| 31. - Fidelity Invst Gr Bd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 08/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature �_____ Date 8/11/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |



| 1. Person Reporting (last name, first, middle initial)<br><br>Ellis, III, Thomas S | 2. Court or Organization<br><br>U.S. District Court, E.D. Va. | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br>9th Floor<br>Alexandria, VA 22314-5799 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Dean's Intellectual Property Law Advisory Board, George Washington University |
| 2. Member | Judicial Conference Advisory Committee on Appellate Rules |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 06, MAY 19 AM 10 55

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Consumer Electronics Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Intellectual Property Law Association | National Academies Intellectual Property Program (Speaker) - Washington, D.C. - June 2005 - travel |
| 2. | ALI-ABA | Employment Law Program (Speaker) - Santa Fe, NM - July 2005 - food/lodging/travel |
| 3. | ABA | ABA Annual Meeting "Is Anything Secret Anymore?" (Speaker) - Chicago, IL - August 2005 - food/travel |
| 4. | Georgetown University Law Center CLE | Employment Law Program "Views from the Bench" (Speaker) - Washington, D.C. - November 2005 - travel |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sensor | | None | J | T | | | | | |
| 2. Burke & Herbert Bank & Trust Co. | | None | J | T | | | | | |
| 3. Burke & Herbert Bank & Trust Co. (IRA #1) | A | Interest | J | T | | | | | |
| 4. IRA #2: | | | | | | | | | |
| 5. - American High Income Tr A | B | Dividend | | | sell | 3/30 | M | D | |
| 6. - Capital World Growth & Income Fd A | A | Dividend | | | sell | 3/30 | M | E | |
| 7. - Fundamental Investors Fd A | A | Dividend | | | sell | 3/30 | M | D | |
| 8. - Growth Fund of America A | | None | | | sell | 3/30 | M | E | |
| 9. - Income Fund of America A | A | Dividend | | | sell | 3/30 | M | D | |
| 10. - New Economy Fund A | | None | | | sell | 3/30 | L | E | |
| 11. - Washington Mutual Investors Fd A | A | Dividend | | | sell | 3/30 | L | D | |
| 12. - Torray Institutional Fd | A | Dividend | | | sell | 11/3 | L | B | |
| 13. - Calamos Growth Fd A | B | Dividend | K | T | buy | 4/5 | K | | |
| 14. - Causeway Intl Value Fund Ins Shs | D | Dividend | M | T | buy | 4/5 | L | | |
| 15. - Century Small Cap Select Fd Instl | A | Dividend | K | T | buy | 4/5 | K | | |
| 16. - Cambiar Opportunity Fd | A | Dividend | L | T | buy | 11/4 | L | | |
| 17. - FMI Fds Focus Fd | C | Dividend | K | T | buy | 4/5 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Goldman Sachs Tr Finl Sq Mmkt I | A | Dividend | J | T | buy | 4/5 | J | | |
| 19. - Hotchkis & Wiley Mid Cap Value I | C | Dividend | K | T | buy | 4/5 | K | | |
| 20. - Julius Baer Intl Equity I | | None | M | T | buy | 4/5 | L | | |
| 21. - Kinetics Sm Cap Opportunities I | | None | K | T | buy | 4/5 | K | | |
| 22. - Legg Mason Value Trust | | None | L | T | buy | 4/5 | L | | |
| 23. - Royce Total Return Fd CLW | B | Dividend | K | T | buy | 4/5 | K | | |
| 24. - TCW Galileo Fds Select Eq I | | None | M | T | buy | 4/5 | L | | |
| 25. - TCW Galileo Fds Value Opp I | | None | K | T | buy | 4/5 | K | | |
| 26. - Vanguard Windsor Fd II | C | Dividend | L | T | buy | 4/5 | L | | |
| 27. 401(K): | | | | | | | | | |
| 28. - Spartan U.S. Eq Index | A | Dividend | K | T | | | | | |
| 29. - Fidelity Freedom 2020 | B | Dividend | L | T | | | | | |
| 30. - Fidelity Invst Gr Bd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis, III, Thomas S | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___5/15/06_____

NOTE: ANY INDIVID░░░░░░░░░░░░░░░░░░FIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SA░░░░░░░░

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544